UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JODY A. FURNARE,

                Plaintiff,

v.

JAMES DZURENDA et al.,

                Defendants.

3:18-cv-00014-RCJ-WGC

**ORDER**

Plaintiff Jody Furnare, a prisoner in the custody of the Nevada Department of Corrections, submitted a civil rights Complaint under 42 U.S.C. § 1983, attached to an application to proceed *in forma pauperis*. Upon screening under 28 U.S.C. § 1915A, the Court permitted some claims to proceed and dismissed others, with leave to amend. Plaintiff has filed a motion to reconsider, asking the Court to screen a claim under § 1985(3) that it overlooked. The Court grants the motion to screen the claim and dismisses it, with leave to amend.

A § 1985 claim only lies for a conspiracy to violate equal protection rights based on race or other protected class, *Bray v. Alexandria Women's Health Clinic*, 506 U.S. 263, 267–68 (1993) (quoting *Griffin v. Breckenridge*, 403 U.S. 88, 102 (1971)), and Plaintiff does not allege any such discrimination. Plaintiff previously alleged religion-based discrimination as to certain Defendants' decision to deny him his religious property, and the Court permitted that claim to proceed, but he bases his civil rights conspiracy claim on alleged retaliation against him for his protected speech, not on any class-based animus.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 5) is GRANTED, and the Court hereby screens the claim under 28 U.S.C. § 1915A.

IT IS FURTHER ORDERED that the portion of Count II alleging a civil rights conspiracy under 42 U.S.C. § 1985 is DISMISSED, with leave to amend within twenty-eight (28) days of this Order. If Plaintiff does not timely amend the claim, the Court may dismiss it with prejudice without further notice.

IT IS SO ORDERED.

Dated this 14th day of January, 2019.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE