# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JODY A. FURNARE, | 3:18-cv-00014-RCJ-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

## I. DISCUSSION

On November 13, 2018, Plaintiff filed what the Court construed as a motion for reconsideration of the Court's screening order dated November 7, 2018. (ECF No. 5). On January 14, 2019, the Court granted Plaintiff's motion to reconsider; **dismissing** the portion of Count II alleging a civil rights conspiracy under 42 U.S.C. § 1985, with leave to amend within 28 days. (ECF No. 8 at 2). The Court specifically stated that "[i]f Plaintiff does not timely amend the claim; the Court may dismiss it with prejudice without further notice." (*Id.*) Plaintiff has not filed an amended Count II for conspiracy under 42 U.S.C. § 1985. Therefore, pursuant to the screening order (ECF No. 3 at 11–12), this case proceeds on the following claims:

- The Count I deliberate indifference to serious medical needs claim against Defendants Dr. Aranas, Dr. Noughten, Dr. Johns, Dr. Long, and Jane Does 1–2 (when Plaintiff learns their identity);

- The Count I retaliation claim against Defendants Dr. Long, Dr. Johns, Dr. Noughten, and Jane Does 1–2 (when Plaintiff learns their identity);

- The Count II retaliation claim against Defendants Dzurenda, Foster, Baca, Moil, Robostante, Zoofield, Bloomfield, and John/Jane Does 3–5 (when Plaintiff learns their identity);

///

- The Count II Free Exercise Clause and RLUIPA[1] claim against Defendants Baca, Moil, Tristan, Dzurenda, Foster, and John Doe 6 (when Plaintiff learns his identity); and

- The Count II equal protection claim against Defendants Baca, Moil, and John/Jane Does 3–5 (when Plaintiff learns their identity).

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that, pursuant to the Court's screening order (ECF No. 3 at 11–12), this case proceeds on the following claims against: (1) Defendants Dr. Aranas, Dr. Noughten, Dr. Johns, Dr. Long, and Jane Does 1–2 (when Plaintiff learns their identity) for deliberate indifference to serious medical needs in Count I; (2) Defendants Dr. Long, Dr. Johns, Dr. Noughten, and Jane Does 1–2 (when Plaintiff learns their identity) for retaliation in Count I; (3) Defendants Dzurenda, Foster, Baca, Moil, Robostante, Zoofield, Bloomfield, and John/Jane Does 3–5 (when Plaintiff learns their identity) for retaliation in Count II; (4) Defendants Baca, Moil, Tristan, Dzurenda, Foster, and John Doe 6 (when Plaintiff learns his identity) for both the Free Exercise Clause and RLUIPA in Count II; and (5) Defendants Baca, Moil, and John/Jane Does 3–5 (when Plaintiff learns their identity) for equal protection in Count II.

**IT IS FURTHER ORDERED** that the stay remains in effect pursuant to the screening order (ECF No. 3).

**IT IS FURTHER ORDERED** that the stay is extended until Friday, April 5, 2019. The Office of the Attorney General shall file its status report on or before that day.

DATED: February 15, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

---

[1] Religious Land Use and Institutionalized Persons Act of 2000.