# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JODY A. FURNARE,  )      3:18-cv-00014-RCJ-WGC

            Plaintiff,    )      **MINUTES OF THE COURT**

       vs.           )      June 11, 2019

JAMES DZURENDA, *et al.*,    )

          Defendants.    )

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 34).  Plaintiff requests an additional sixty (60) days to complete service on the Defendants who have not been served.

      Good cause appearing, Plaintiff's Motion for Enlargement of Time (ECF No. 34) is **GRANTED**.  Plaintiff shall have an additional sixty (60) days to complete service on any unserved Defendants.

      **IT IS SO ORDERED.**

                           DEBRA K. KEMPI, CLERK

                           By:        /s/
                                 Deputy Clerk