UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JODY A. FURNARE,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>        Defendants. | Case No.: 3:18-CV-00014-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 124) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 124[1]) entered on January 8, 2021, recommending that the Court grant Defendants' motion for summary judgment. No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 124) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Robestelli, *sued as Robostante,* is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 103) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated this 24th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge